IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00414-MEH

SANDRA APPLEGATE,

    Plaintiff,

v.

HOME DEPOT USA, INC., and
HD DEVELOPMENT OF MARYLAND, INC.

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    Before the Court is the parties' Stipulation for Dismissal With Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) [filed May 26, 2023; ECF 32]. Rule 41(a)(1)(A)(ii) provides that "an action" may be dismissed without a court order upon the filing of "a stipulation of dismissal signed by all parties who have appeared." Therefore, this case was **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs, upon the filing of the Stipulation. No order of dismissal is necessary. The Clerk of Court shall close this case.

    Dated and entered at Denver, Colorado, this 30th day of May, 2023.

                                                BY THE COURT:

                                                */s/ Michael E. Hegarty*

                                                Michael E. Hegarty
                                                United States Magistrate Judge